**2002–2211. State ex rel. Tillis v. O'Neill.**
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2002–2232. State ex rel. Campbell v. Wilkinson.**
In Mandamus. On answer of respondent and motion for summary judgment. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

O'CONNOR, J., would deny the motion for summary judgment.

**2003–0063. State ex rel. Chamber of Commerce of the United States of Am. v. Court of Appeals for Franklin Cty.**
In Mandamus and Prohibition. On S.Ct.Prac.R. X(5) determination, relator's motion for emergency stay, motion to intervene of Common Cause/Ohio, motions to dismiss of respondents Franklin County Court of Appeals and Ohio Elections Commission and its members, and relator's motion for admission pro hac vice.

IT IS HEREBY ORDERED that relator's motion for emergency stay be, and hereby is, DENIED.

RESNICK and COOK, JJ., not participating.

IT IS FURTHER ORDERED that the motion of Common Cause/Ohio be, and hereby is, GRANTED, and that it be, and hereby is, permitted to intervene as a respondent.

RESNICK and COOK, JJ., not participating.

IT IS FURTHER ORDERED that the motions of respondents Franklin County Court of Appeals and the Ohio Elections Commission and its members be, and hereby are, GRANTED, and that the cause be, and hereby is, DISMISSED. This renders moot relator's motion for admission pro hac vice.

F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

MOYER, C.J., concurs except that he would grant the motion for admission pro hac vice.

RESNICK and COOK, JJ., not participating.

**2003–0151. Pegg v. Ghee.**
In Habeas Corpus. On petition for writ of habeas corpus of Maurice S. Pegg. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2003–0158. Robinson v. Lane.**
In Habeas Corpus. On petition for writ of habeas corpus of Bennie Robinson. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2003–0208. Sevayega v. Bobby.**
In Habeas Corpus. On petition for writ of habeas corpus of Dr. Reginald Sevayega. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2003–0248. Wright v. Rose.**
In Habeas Corpus. On petition for writ of habeas corpus of John L. Wright. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2002–0247. State ex rel. Mahoney v. Team America 3, Inc.**
Franklin App. No. 01AP–374. Sua sponte, cause to be set for oral argument.